Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID OWENS, § § § Plaintiff, § § v. § § CREDIT ACCEPTANCE § CORPORATION, § § Defendant. § § | Civil Action No. 2:19-cv-12066-PDB-EAS |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| /s/ *Stephen W. King* | /s/ *Amy L. Bennecoff Ginsburg* |
|---|---|
| Stephen W. King | Amy L. Bennecoff Ginsburg Esq. |
| King & Murray PLLC | Kimmel & Silverman, P.C. |
| 355 S. Old Woodward Avenue, Suite 100 | 30 East Butler Pike |
| Birmingham, MI 48009 | Ambler, PA 19002 |
| Phone: 248-792-2398 | Phone: (215) 540-8888 |
| Fax: 248-646-8277 | Fax: (215) 540-8817 |
| Email: sking@kingandmurray.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: February 2, 2021 | Date: February 2, 2021 |

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Stephen W. King
King & Murray PLLC
355 S. Old Woodward Avenue, Suite 100
Birmingham, MI 48009
Phone: 248-792-2398
Fax: 248-646-8277
Email: sking@kingandmurray.com
Attorney for the Defendant

DATED:  February 2, 2021                    /s/ *Amy L. Bennecoff Ginsburg*
                                            Amy L. Bennecoff Ginsburg Esq.
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Tel: 215-540-8888
                                            Fax: 215-540-8817
                                            Email:aginsburg@creditlaw.com
                                            Attorney for Plaintiff