UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID OWENS,

        Plaintiff,                      Case No. 19-cv-12066

                                           Paul D. Borman
v.                                        United States District Judge

CREDIT ACCEPTANCE CORPORATION,

        Defendant.
_____/

## ORDER OF DISMISSAL

On February 2, 2021, a Stipulation of Dismissal was entered stating that, "Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees."(ECF No. 17) Accordingly, it is ORDERED that the above matter is DISMISSED with prejudice and with each party to bear their own costs and fees.

        SO ORDERED.

Dated: February 2, 2021                        s/Paul D. Borman
                                                    Paul D. Borman
                                                     United States District Judge